LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025-3656
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

*E-FILED 11/17/06*

LATHAM & WATKINS LLP
   Ellen K. Brown (Bar No. 209588)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Nominal Defendant
PMC-SIERRA, INC. and Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DR. IAN BEISER, Derivately on Behalf of PMC-SIERRA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT L. BAILEY, ALAN F. KROCK, GREGORY AASEN, STEFFEN PERNA, COLIN HARRIS, RICHARD E. BELLUZZO, JAMES DILLER, SR., MICHAEL FARESE, JONATHAN JUDGE, WILLIAM KURTZ and FRANK MARSHALL, <br><br> Defendants, <br><br> And <br><br> PMC-SIERRA, INC., a DELAWARE CORPORATION <br><br> Nominal Defendant. | CASE NO. C-06-05330-RS <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND DERIVATIVE COMPLAINT <br><br> Hon. Richard Seeborg |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\586788.1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C-06-05330-RS

WHEREAS, on August 29, 2006, plaintiff Dr. Ian Beiser, ("Plaintiff") filed the above-captioned derivative matter purportedly on behalf of PMC-Sierra, Inc. (the "Company");

WHEREAS, on or about October 13, 2006, in exchange for acceptance of service of the Complaint on behalf of all defendants who had not yet been served as of that date, counsel for Plaintiff agreed to allow the Company and the Individual Defendants (collectively "Defendants") an extension of time to respond to the Complaint until and including November 17, 2006;

WHEREAS, on October 16, 2006, a related derivative action purportedly brought on behalf of the Company was filed in this Court, captioned *Barone v. Bailey, et al.*, N.D. Cal. Case No. 4:06-CV-06473-SBA;

WHEREAS, on October 26, 2006, Plaintiff filed a Motion to Consolidate Actions and To Appoint Lead Plaintiff and Lead Counsel ("Motion to Consolidate") in order to consolidate the above-captioned derivative matter with the *Barone* action;

WHEREAS, the hearing on Plaintiff's Motion to Consolidate is scheduled for December 6, 2006 at 9:30 a.m.;

WHEREAS, Plaintiff anticipates that, at some point after the resolution of his Motion to Consolidate, the current Complaint will be superseded by a Consolidated Amended Derivative Complaint;

WHEREAS, the parties believe that postponing the date by which Defendants currently must respond to the Complaint until after such time as the Consolidated Amended Derivative Complaint is filed and served would conserve the resources of the Court and the parties;

THEREFORE, the parties hereby stipulate, and request the Court to order, that Defendants need not respond to the current Complaint in this matter until such time as the Consolidated Amended Derivative Complaint is filed and served. Defendants shall have up to

/ / /

/ / /

/ / /

1  and including 30 days after the filing of the Consolidated Amended Complaint in which to file an
2  answer, motion to strike or dismiss, or otherwise respond to the Consolidated Amended
3  Complaint.

Dated:   November 17, 2006                    LATHAM & WATKINS LLP

By: _____/s/_____
          Ellen K. Brown

Attorneys for Nominal Defendant PMC-SIERRA, INC. and Defendants ROBERT L. BAILEY, ALAN F. KROCK, GREGORY AASEN, STEFFEN PERNA, COLIN HARRIS, RICHARD E. BELLUZZO, JAMES DILLER, SR., MICHAEL FARESE, JONATHAN JUDGE, WILLIAM KURTZ and FRANK MARSHAL

Dated:   November 17, 2006                    LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: _____/s/ (With express authorization)
          Shawn A. Williams
          Attorneys for Plaintiff

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ellen K. Brown hereby attests that concurrence in the filing of this document has been obtained.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
SF\586788.1
3
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C-06-05330-RS

## [PROPOSED] ORDER

Having considered the parties' Stipulation to Extend Time for Defendants to Respond to the Complaint, and good cause appearing, the Court hereby GRANTS the parties' stipulation. Defendants are not required to respond to the current Complaint because it is anticipated that a Consolidated Amended Derivative Complaint will be filed after the resolution of Plaintiff's Motion to Consolidate. Defendants shall have up to and including 30 days after the filing of the Consolidated Amended Complaint in which to file an answer, motion to strike or dismiss, or otherwise respond to the Consolidated Amended Complaint.

IT IS SO ORDERED.

Dated: November 17, 2006

_____
Honorable Richard Seeborg

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\586788.1

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C-06-05330-RS