LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
moniquew@lerachlaw.com
aelishb@lerachlaw.com
       – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@lerachlaw.com
bennyg@lerachlaw.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED 1/19/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION | Master File No. C-06-05330-RS |
|---|---|
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |
| ALL ACTIONS. | |

1      WHEREAS, further to the stipulation and proposed order signed by all parties, and issued by this Court on December 6, 2006, plaintiffs' Consolidated Complaint in this Action is due Monday January 22, 2007;

4      WHEREAS, all parties agree that plaintiffs may have a one week extension, until January 29, 2007, to file the Consolidated Complaint; and

6      WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

8      THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

11     1.     Plaintiffs shall have until no later than January 29, 2007 to file and serve a Consolidated Complaint which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints.

14     2.     Defendants shall answer or otherwise respond to the Consolidated Complaint no later than 45 days from the date of service. In the event that defendants file and serve any motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition within 45 days after the service of the motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 30 days after service of the opposition.

19     IT IS SO STIPULATED.

DATED: January 18, 2007                LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
                                       SHAWN A. WILLIAMS
                                       MONIQUE C. WINKLER
                                       AELISH M. BAIG


                                              /s/
                                       AELISH M. BAIG

                                       100 Pine Street, Suite 2600
                                       San Francisco, CA  94111
                                       Telephone:  415/288-4545
                                       415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF
CONSOLIDATED COMPLAINT - C-06-05330-RS                                                    - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 3 | BENNY C. GOODMAN III<br>655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
| 6 | LERACH COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP |
| 7 | THOMAS G. WILHELM<br>9601 Wilshire Blvd., Suite 510 |
| 8 | Los Angeles, CA  90210<br>Telephone:  310/859-3100 |
| 9 | 310/278-2148 (fax) |
| 10 | Lead Counsel for Plaintiffs |
| 11 | LAW OFFICES OF DAVID M. GOLDSTEIN<br>DAVID M. GOLDSTEIN |
| 12 | 10535 Foothill Boulevard, Suite 300<br>Rancho Cucamonga, CA 91730 |
| 13 | Telephone:  909/466-4757<br>909/980-5525 (fax) |
| 14 | |
| 15 | Attorney for Plaintiff Lawrence Barone |

DATED:  January 18, 2007     LATHAM & WATKINS LLP
                              ELLEN KINSLEY BROWN


                                        /s/
                              ———————————————————
                              ELLEN KINSLEY BROWN

                              505 Montgomery Street, Suite 2000
                              San Francisco, CA  94111-2562
                              Telephone:  415/395-8289
                              ellen.brown@lw.com

                              LATHAM & WATKINS LLP
                              PATRICK E. GIBBS
                              140 Scott Drive
                              Menlo Park, CA 94025-3656
                              Telephone:  650/328-4600
                              650/463-2600 (fax)

                              Attorneys for Defendants

     I, AELISH M. BAIG, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF

1 | CONSOLIDATED COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that
2 | Ellen Kinsley Brown has concurred in this filing.
3 |                         *    *    *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 19, 2007

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\PMC Sierra Derivative\stp00038341.doc

STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF
CONSOLIDATED COMPLAINT - C-06-05330-RS     - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/
AELISH M. BAIG

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: aelishb@lerachlaw.com

# Mailing Information for a Case 5:06-cv-05330-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ellen Kinsley Brown**
  ellen.brown@lw.com

- **Travis E. Downs, III**
  travisd@lerachlaw.com e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **David Martin Goldstein**
  dave@daveglaw.com marlene@daveglaw.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Maria V. Morris**
  mariam@lerachlaw.com e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)