1  LATHAM & WATKINS LLP
       Patrick E. Gibbs (Bar No. 183174)
2  140 Scott Drive
   Menlo Park, California 94025-3656
3  Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
4

5  LATHAM & WATKINS LLP
       Ellen K. Brown (Bar No. 209588)
6  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
7  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095

8  Attorneys for Nominal Defendant
   PMC-SIERRA, INC. and Individual Defendants
9

*E-FILED 2/1/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION | Master File No. C-06-05330-RS |
|---|---|
| This Document Relates To: ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| | COURT ROOM:   The Honorable Richard Seeborg |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\596069.1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C-06-05330-RS

1     WHEREAS, the initial Case Management Conference in this matter is currently
2 scheduled for February 7, 2007 at 2:30 PM; and

3     WHEREAS, the parties have filed a Case Management Statement concurrently
4 herewith; and

5     WHEREAS, due to scheduling conflicts of Defendants' lead trial counsel, the
6 parties wish to continue the Case Management Conference to March 7, 2007 at 2:30 PM;

7     THEREFORE, the parties hereby stipulate, and request the Court to order, that the
8 initial Case Management Conference in this matter be continued to March 7, 2007 at 2:30 PM or
9 as soon thereafter as the Court is available.

Dated:   January 31, 2007                   LATHAM & WATKINS LLP

By:    /s/
      Ellen K. Brown

Attorneys for Nominal Defendant PMC-SIERRA, INC. and Individual Defendants

Dated:   January 31, 2007                   LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By:    /s/ (With express authorization)
      Aelish M. Baig
      Attorneys for Plaintiff

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ellen K. Brown hereby attests that concurrence in the filing of this document has been obtained.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\596069.1

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C-06-05330-RS

## [PROPOSED] ORDER

Having considered the parties' Stipulation to Continue Case Management Conference, and good cause appearing, the Court hereby GRANTS the parties' stipulation. The initial Case Management Conference in this matter is hereby continued to March 7, 2007 at 2:30 PM.

IT IS SO ORDERED.

Dated: __February 1__, 2007

_____
Honorable Richard Seeborg

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\596069.1

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C-06-05330-RS