| | |
|---|---|
| 1  COUGHLIN STOIA GELLER<br>     RUDMAN & ROBBINS LLP<br>2  SHAWN A. WILLIAMS (213113)<br>   MONIQUE C. WINKLER (213031)<br>3  AELISH M. BAIG (201279)<br>   100 Pine Street, Suite 2600<br>4  San Francisco, CA  94111<br>   Telephone:  415/288-4545<br>5  415/288-4534 (fax)<br>   shawnw@csgrr.com<br>6  mwinkler@csgrr.com<br>   abaig@csgrr.com<br>7          – and –<br>   TRAVIS E. DOWNS III (148274)<br>8  BENNY C. GOODMAN III (211302)<br>   655 West Broadway, Suite 1900<br>9  San Diego, CA  92101<br>   Telephone:  619/231-1058<br>10 619/231-7423 (fax)<br>   travisd@csgrr.com<br>11 bgoodman@csgrr.com<br><br>12 Lead Counsel for Plaintiff | *E-Filed 9/13/2007* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-06-05330-RS<br><br>STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE |

1    WHEREAS, further to the Order Granting Motion to Dismiss with Leave to Amend issued by this Court on August 22, 2007, plaintiffs' Amended Complaint in this action is due Tuesday September 11, 2007;

4    WHEREAS, all parties agree that plaintiffs may have a three week extension, until October 2, 2007, to file the Amended Complaint; and

6    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

8    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

11    1.    Plaintiffs shall have until no later than October 2, 2007 to file an Amended Complaint which will supersede all existing complaints filed in these actions.

13    2.    Defendants shall answer or otherwise respond to the Amended Complaint no later than November 6, 2007.  In the event that defendants file and serve any motion directed at the Amended Complaint, plaintiffs shall file and serve their opposition by November 30, 2007.  If defendants file and serve a reply to plaintiffs' opposition, they will do so by December 20, 2007.

17    IT IS SO STIPULATED.

18    DATED:  September 10, 2007            COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
                                            SHAWN A. WILLIAMS
                                            MONIQUE C. WINKLER
                                            AELISH M. BAIG


                                                        /s/
                                              AELISH M. BAIG

                                            100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
                                            Telephone:  415/288-4545
                                            415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE - C-06-05330-RS                - 1 -

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>TRAVIS E. DOWNS III |
| 3 | | BENNY C. GOODMAN III |
| 4 | | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | | Lead Counsel for Plaintiff |
| 7 | DATED:  September 10, 2007 | LATHAM & WATKINS LLP<br>ELLEN KINSLEY BROWN |

                                            /s/
                                    ELLEN KINSLEY BROWN

                            505 Montgomery Street, Suite 2000
                            San Francisco, CA  94111-2562
                            Telephone:  415/395-8289
                            ellen.brown@lw.com

                            LATHAM & WATKINS LLP
                            PATRICK E. GIBBS
                            140 Scott Drive
                            Menlo Park, CA 94025-3656
                            Telephone:  650/328-4600
                            650/463-2600 (fax)

                            Attorneys for Defendants

I, AELISH M. BAIG, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF AMENDED COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE.  In compliance with General Order 45, X.B., I hereby attest that Ellen Kinsley Brown has concurred in this filing.

                                            /s/
                                    AELISH M. BAIG

1
2      \*      \*      \*

**O R D E R**

3
4       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5   DATED:  9/12/2007

      _____
      THE HONORABLE RICHARD SEEBORG
6     UNITED STATES MAGISTRATE JUDGE

7   T:\CasesSF\PMC Sierra Derivative\stp00045305.doc

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULE FOR FILING OF AMENDED
COMPLAINT AND ESTABLISHING BRIEFING SCHEDULE - C-06-05330-RS                - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2007.

                     s/
            AELISH M. BAIG

COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: aelishb@csgrr.com

# Mailing Information for a Case 5:06-cv-05330-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Ellen Kinsley Brown**
  ellen.brown@lw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **David Christopher Fortney**
  david.fortney@lw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **David Martin Goldstein**
  dave@daveglaw.com,marlene@daveglaw.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Maria V. Morris**
  mariam@lerachlaw.com,e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,travisd@

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,Moniq

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to

select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101