COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
mwinkler@csgrr.com
abaig@csgrr.com
    – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com

Lead Counsel for Plaintiff

*E-FILED 11/24/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION | ) ) ) Master File No. C-06-05330-RS |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) STIPULATION AND [~~PROPOSED~~] ORDER REVISING BRIEFING SCHEDULE ) ) ) ) |

WHEREAS, further to the Order Granting Motion to Dismiss with Leave to Amend issued by this Court on August 22, 2007, and the parties' Stipulation and Order entered by the Court on September 13, 2007, plaintiffs' Amended Complaint in this action was filed on October 2, 2007 and defendants' motions to dismiss were filed on November 6, 2007;

WHEREAS, all parties agree that plaintiffs may have until December 13, 2007 to oppose the motions to dismiss and defendants may have until January 16, 2008, to file their replies; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

1. Plaintiffs shall have until no later than December 13, 2007 to file oppositions to defendants' motions to dismiss.

2. Defendants shall have until no later than January 16, 2008 to file their replies.

3. The hearing on the motions to dismiss will be moved from January 16, 2008 at 9:30 a.m. to January 30, 2008, at 9:30 a.m., or as soon thereafter as the Court is available.

IT IS SO STIPULATED.

DATED:  November 9, 2007            COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
                                    SHAWN A. WILLIAMS
                                    MONIQUE C. WINKLER
                                    AELISH M. BAIG


                                            /s/
                                    AELISH M. BAIG

                                    100 Pine Street, Suite 2600
                                    San Francisco, CA  94111
                                    Telephone:  415/288-4545
                                    415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE - C-06-05330-RS - 1 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

DATED:  November 9, 2007

LATHAM & WATKINS LLP
ELLEN KINSLEY BROWN

                        /s/
ELLEN KINSLEY BROWN

505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone:  415/395-8289
ellen.brown@lw.com

LATHAM & WATKINS LLP
PATRICK E. GIBBS
140 Scott Drive
Menlo Park, CA 94025-3656
Telephone:  650/328-4600
650/463-2600 (fax)

Attorneys for Defendants

I, AELISH M. BAIG, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE.  In compliance with General Order 45, X.B., I hereby attest that Ellen Kinsley Brown has concurred in this filing.

                        /s/
AELISH M. BAIG

1
2  \*   \*   \*

**O R D E R**

3
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  DATED: __November 13, 2007__   _____/s/ Richard Seeborg_____
                                    THE HONORABLE RICHARD SEEBORG
6                                   UNITED STATES MAGISTRATE JUDGE

7  T:\CasesSF\PMC Sierra Derivative\STP00047132.doc

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE - C-06-05330-RS                                                                     - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 9, 2007.

            /s/
AELISH M. BAIG

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail: aelishb@csgrr.com

# Mailing Information for a Case 5:06-cv-05330-RS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Ellen Kinsley Brown**
  ellen.brown@lw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **David Christopher Fortney**
  david.fortney@lw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **David Martin Goldstein**
  dave@daveglaw.com,marlene@daveglaw.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **William S. Lerach**
  e_file_sf@lerachlaw.com

- **Maria V. Morris**
  mmorris@rbg-law.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to

select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101