UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court:__56min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:____FTR_____                    DATE:___1/30/08_____
COURTROOM DEPUTY: MARTHA PARKER BROWN____

CASE #:___C 06-05330___RS_____

CASE TITLE:___IN RE PMC-SIERRA DERIVATIVE LITIGATION_____

**Appearances for Plaintiff(s)**                          **Appearances for Defendant(s)**

__SHAWN A. WILLIAMS_____                        __PATRICK GIBBS_____

__AELISH M. BAIG_____                           __ELLEN K. BROWN_____

_____                                   __DAVID C FORTNEY_____

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   {X }FURTHER  CMC.       {X } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|-------|-------|------------|-----|-----|
| { } | { X} | { } | 1. | __TO DISMISS_____ |
| {X } | { } | { } | 2. | __TO COMPEL_____ |
| { } | { } | { } | 3. | _____ |
| { } | { } | { } | 4. | _____ |

DISPOSITION of TODAY'S PROCEEDINGS

**[  ] SETTLED      [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED       [   ] DENIED       [   ] SUBMITTED       [   ] DENIED/GRANTED in part

_____       _____       _____       _____

[   ] BRIEFS TO BE FILED AS FOLLOWS:

{   } Cont'd to            @              For

**ORDER TO BE PREPARED BY:**     [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments:___MOTIONS ARE ARGUED AND SUBMITTED.  THE COURT WILL ISSUE WRITTEN____
 ORDER.  FURTHER CMC WILL BE SCHEDULED._____