1  LATHAM & WATKINS LLP
     Patrick E. Gibbs (Bar No. 183174)
2    Email: Patrick.Gibbs@lw.com
     140 Scott Drive
3  Menlo Park, California 94025-3656
   Telephone: (650) 328-4600
4  Facsimile:  (650) 463-2600

*E-FILED 6/13/08*

5  LATHAM & WATKINS LLP
     Ellen K. Brown (Bar No. 209588)
6    Email: Ellen.Brown@lw.com
     David C. Fortney (Bar No. 226767)
7    Email: David.Fortney@lw.com
   505 Montgomery Street, Suite 2000
8  San Francisco, California 94111-6538
   Telephone: (415) 391-0600
9  Facsimile:  (415) 395-8095

10 Attorneys for Defendants

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

| 16 | In re PMC-SIERRA, INC. DERIVATIVE LITIGATION | Master File No. C-06-05330-RS |
|----|---|---|
| 17 |  | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE** |
| 18 | This Document Relates To: |  |
| 19 | ALL ACTIONS. |  |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MASTER FILE NO. C-06-05330-RS
STIPULATION AND [~~PROPOSED~~] ORDER
SETTING BRIEFING SCHEDULE

1   WHEREAS, further to the Order Re Motions To Dismiss And Re Motion For Leave To
2   Conduct Discovery issued by this Court on May 8, 2008, plaintiffs' Second Amended Complaint
3   in this action was filed on May 28, 2008;

4   WHEREAS, plaintiffs have indicated they currently expect, prior to June 25, 2008, to file
5   an Inspection Demand pursuant to Section 220 of Title 8 of the Delaware Code in the Court of
6   Chancery in the State of Delaware, and will update this Court of any such action;

7   WHEREAS, all parties agree that defendants may have until June 25, 2008 to respond to
8   the Second Amended Complaint, and to set a briefing schedule as follows below;

9   WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
10  efficiency, and will not cause prejudice to any party.

11  THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants,
12  through their respective counsel of record, as follows:

13  **SCHEDULE**

14  1.   Defendants shall respond to the Second Amended Complaint no later than June
15  25, 2008.  In the event that defendants file and serve any motion directed at the Second Amended
16  Complaint, plaintiffs shall file and serve their opposition by July 23, 2008.  If defendants file and
17  serve a reply to plaintiffs' opposition, they will do so by August 6, 2008.

18  IT IS SO STIPULATED.

19  DATED:  June 13, 2008

LATHAM & WATKINS LLP
ELLEN K. BROWN
DAVID C. FORTNEY

/s/
DAVID C. FORTNEY

505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone:  (415) 395-8266
Fax:  (415) 395-8095
david.fortney@lw.com

LATHAM & WATKINS LLP
PATRICK E. GIBBS
140 Scott Drive
Menlo Park, CA 94025-3656
Telephone:  (650) 328-4600

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

MASTER FILE NO. C-06-05330-RS
STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE

| | |
|---|---|
| 1 | Fax: (650) 463-2600 |
| 2 | Attorneys for Defendants |
| 3 | |
| 4 DATED: June 13, 2008 | COUGHLIN STOIA GELLER RUDMAN<br>    & ROBBINS LLP<br>    SHAWN A. WILLIAMS |
| 5 | AELISH M. BAIG |

                                             /s/
                               SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Fax: (415) 288-4534

COUGHLIN STOIA GELLER RUDMAN
   & ROBBINS LLP
   TRAVIS E. DOWNS III
   BENNY C. GOODMAN III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Fax: (619) 231-7423

Lead Counsel for Plaintiff

    I, DAVID C. FORTNEY, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

                                             /s/
                               DAVID C. FORTNEY

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

MASTER FILE NO. C-06-05330-RS
STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 13, 2008

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

MASTER FILE NO. C-06-05330-RS
STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE