**\*E-FILED 1/21/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION, _____/ | No. C 06-05330 RS<br><br>**ORDER SETTING FURTHER STATUS CONFERENCE** |
| This Document Related to:<br><br>ALL ACTIONS.<br>_____/ | |

A status conference in the above entitled matter was held on January 21, 2009.

IT IS HEREBY ORDERED that a further status conference shall be held on **April 8, 2009 at 2:30 p.m.**, in Courtroom 4, 5th Floor, 280 S. First Street, San Jose, California.

DATED:      January 21, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER SETTING FURTHER STATUS CONFERENCE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Aelish Marie Baig    AelishB@csgrr.com, khuang@csgrr.com

Benny Copeline Goodman III    bennyg@csgrr.com, e_file_sd@csgrr.com

David Christopher Fortney    david.fortney@lw.com

David Martin Goldstein    dave@daveglaw.com, marlene@daveglaw.com

Ellen Kinsley Brown    ellen.brown@lw.com, #sfdocket@lw.com

Maria V. Morris    mmorris@rbg-law.com

Patrick Edward Gibbs    patrick.gibbs@lw.com, svdocket@lw.com, zoila.aurora@lw.com

Shawn A. Williams    shawnw@csgrr.com, aelishb@csgrr.com, cwood@csgrr.com, e_file_sd@csgrr.com, e_file_sf@csgrr.com, travisd@csgrr.com

Travis E. Downs , III    travisd@csgrr.com, e_file_sd@csgrr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: January 21, 2009

                                          /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg