COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
       – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

*E-Filed 4/22/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION </br></br>This Document Relates To:</br></br>    ALL ACTIONS. | Master File No. C-06-05330-RS </br></br> STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND VACATING MAY 12, 2009 HEARING |

1   WHEREAS, on April 9, 2009, the parties engaged in a full day mediation with United States District Court Judge Layn R. Phillips (Ret.);

3   WHEREAS, between April 9, 2009 and the present, the parties have continued the negotiations concerning possible resolution;

5   WHEREAS, the parties believe they have made substantial progress toward resolution;

6   WHEREAS, the parties have met and conferred and agree that a stay of the current briefing schedule will allow for continued progress toward resolution;

8   WHEREAS, the parties agree that they will update the Court on the status of the negotiations no later than May 12, 2009;

10  NOW THEREFORE, IT IS HEREBY AGREED between the parties through their respective counsel of record, subject to the approval of the Court as follows:

12  The current briefing schedule shall be stayed and the May 12, 2009 hearing date on the motion to dismiss shall be vacated; and

14  The parties shall no later than May 12, 2008, submit a Case Management Conference Statement updating the Court on the status of negotiations.

16  DATED:  April 21, 2009            COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                      SHAWN A. WILLIAMS

                                      _____/s/_____
                                      SHAWN A. WILLIAMS

                                      100 Pine Street, Suite 2600
                                      San Francisco, CA  94111
                                      Telephone:  415/288-4545
                                      415/288-4534 (fax)

                                      COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                      TRAVIS E. DOWNS III
                                      BENNY C. GOODMAN III
                                      655 West Broadway, Suite 1900
                                      San Diego, CA  92101
                                      Telephone:  619/231-1058
                                      619/231-7423 (fax)

                                      Lead Counsel for Plaintiff

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE AND VACATING MAY 12, 2009 HEARING - C-06-05330-RS                                                    - 1 -

|   |   |
|---|---|
|   | THE WEISER LAW FIRM, P.C.<br>ROBERT B. WEISER<br>121 N. Wayne Avenue, Suite 100<br>Wayne, PA  19087<br>Telephone:  610/225-2677<br>610/225-2678 (fax)<br><br>Additional Counsel for Plaintiff |
| DATED:  April 21, 2009 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS<br><br>                /s/                <br>PATRICK E. GIBBS<br><br>140 Scott Drive<br>Menlo Park, CA 94025-3656<br>Telephone:  650/328-4600<br>650/463-2600 (fax)<br><br>LATHAM & WATKINS LLP<br>ELLEN KINSLEY BROWN<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone:  415/395-8289<br>415/395-8095 (fax)<br><br>Attorneys for Defendants |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re Briefing Schedule and Vacating May 12, 2009 Hearing.  In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

DATED:  April 21, 2009                                   /s/                
                                                                    SHAWN A. WILLIAMS

                            *        *        *

**O R D E R**

IT IS SO ORDERED.

DATED:  __4/22/09_____          _____
                                                                    THE HONORABLE RICHARD SEEBORG
                                                                    UNITED STATES MAGISTRATE JUDGE

S:\CasesSD\PMC Sierra Derivative\S_O00059098.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 21, 2009.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  shawnw@csgrr.com

## Mailing Information for a Case 5:06-cv-05330-RS

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com,khuang@csgrr.com

- **Ellen Kinsley Brown**
  ellen.brown@lw.com,#sfdocket@lw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **David Christopher Fortney**
  david.fortney@lw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **David Martin Goldstein**
  dave@daveglaw.com,marlene@daveglaw.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```