COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
        – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
travisd@csgrr.com
bgoodman@csgrr.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

*E-Filed 5/13/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION | Master File No. C-06-05330-RS |
| This Document Relates To:<br><br>    ALL ACTIONS. | JOINT CASE STATUS REPORT AND [PROPOSED] ORDER |

1  WHEREAS, on April 22, 2009, the Court entered its Stipulation and Order re Briefing
2  Schedule and Vacating May 12, 2009 Hearing;

3  WHEREAS, the parties have continued to meet and confer regarding a resolution and have
4  made substantial progress toward a settlement of the above captioned litigation;

5  WHEREAS, the parties are currently drafting settlement papers and expect to submit said
6  papers to the Court soon;

7  NOW THEREFORE, it is hereby agreed between the parties through their respective counsel
8  of record that, subject to the approval of the court as follows:

9    1.  All proceedings regarding the pending motion to dismiss shall remain stayed; and
10   2.  The parties shall submit settlement papers in June 2009.

11 DATED: May 12, 2009                COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
12                                      SHAWN A. WILLIAMS

13

14                                              /s/
                                      SHAWN A. WILLIAMS
15
                                      100 Pine Street, Suite 2600
16                                    San Francisco, CA  94111
                                      Telephone:  415/288-4545
17                                    415/288-4534 (fax)

18                                    COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
19                                    TRAVIS E. DOWNS III
                                      BENNY C. GOODMAN III
20                                    655 West Broadway, Suite 1900
                                      San Diego, CA  92101
21                                    Telephone:  619/231-1058
                                      619/231-7423 (fax)
22
                                      Lead Counsel for Plaintiff
23
                                      THE WEISER LAW FIRM, P.C.
24                                    ROBERT B. WEISER
                                      121 N. Wayne Avenue, Suite 100
25                                    Wayne, PA  19087
                                      Telephone:  610/225-2677
26                                    610/225-2678 (fax)

27                                    Additional Counsel for Plaintiff

28

JOINT CASE STATUS REPORT AND [PROPOSED] ORDER - C-06-05330-RS                - 1 -

1  DATED: May 12, 2009

LATHAM & WATKINS LLP
PATRICK E. GIBBS

_____/s/_____
PATRICK E. GIBBS

140 Scott Drive
Menlo Park, CA 94025-3656
Telephone: 650/328-4600
650/463-2600 (fax)

LATHAM & WATKINS LLP
ELLEN KINSLEY BROWN
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: 415/395-8289
415/395-8095 (fax)

Attorneys for Defendants

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Joint Case Status Report and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

_____/s/_____
SHAWN A. WILLIAMS

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED:  5/13/09

*[signature]*
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

S:\CasesSD\PMC Sierra Derivative\SCS00059391.doc

JOINT CASE STATUS REPORT AND [PROPOSED] ORDER - C-06-05330-RS                                           - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 12, 2009.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: Shawnw@csgrr.com

## Mailing Information for a Case 5:06-cv-05330-RS

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com,khuang@csgrr.com

- **Ellen Kinsley Brown**
  ellen.brown@lw.com,#sfdocket@lw.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **David Christopher Fortney**
  david.fortney@lw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **David Martin Goldstein**
  dave@daveglaw.com,marlene@daveglaw.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
```