*E-Filed 01/26/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re PMC-SIERRA, INC. DERIVATIVE LITIGATION | Master File No. C-06-05330-RS |
| This Document Relates To:<br><br>    ALL ACTIONS. | [PROPOSED] ORDER PRELIMINARILY APPROVING DERIVATIVE SETTLEMENT AND PROVIDING FOR NOTICE |

WHEREAS, the parties have made application, pursuant to Federal Rule of Civil Procedure 23.1, for an order (i) preliminarily approving the settlement (the "Settlement") of the Actions, in accordance with a Stipulation of Settlement dated November 5, 2009 (the "Stipulation"), which, together with the Exhibits annexed thereto, sets forth the terms and conditions for a proposed Settlement and dismissal of the Actions with prejudice, upon the terms and conditions set forth therein; and (ii) approving for distribution of the Notice of Proposed Settlement ("Notice"); and

WHEREAS, all capitalized terms contained herein shall have the same meanings as set forth in the Stipulation (in addition to those capitalized terms defined herein); and

WHEREAS, the Court having considered the Stipulation and the Exhibits annexed thereto and having heard the arguments of the Settling Parties at the preliminary approval hearing:

NOW THEREFORE, IT IS HEREBY ORDERED:

1.      The Court does hereby preliminarily approve, subject to further consideration at the Settlement Hearing described below, the Stipulation and the Settlement set forth therein, including the terms and conditions for settlement and dismissal with prejudice of the Actions.

2.      A hearing (the "Settlement Hearing") shall be held before this Court on April 29, 2010, at 1:30 p.m., at the United States District Court, Northern District of California (the "Court"), United States Courthouse, 450 Golden Gate Avenue, Room 3, 17th Floor, San Francisco, California, to determine whether the settlement of the Actions on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to current PMC-Sierra, Inc. ("PMC") shareholders and to PMC and should be approved by the Court; whether a Judgment as provided in ¶1.12 of the Stipulation should be entered herein, and to award attorneys' fees and expenses to Plaintiffs' Counsel.

3.      The Court approves, as to form and content, the Notice annexed as Exhibit A-1 hereto, and finds that the distribution of the Notice substantially in the manner and form set forth in this Order, meets the requirements of Federal Rule of Civil Procedure 23.1 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all Persons entitled thereto.

4.     Not later than ten (10) calendar days following entry of this Order, PMC shall cause a copy of the Stipulation to be filed with the U.S. Securities and Exchange Commission and to be posted on the Company's website.

5.     Not later than ten (10) calendar days following entry of this Order, PMC shall cause a copy of the Notice substantially in the form annexed as Exhibit A-1 hereto to be published once in the national edition of *Investor's Business Daily* and posted on the Company's website.

6.     At least seven (7) calendar days prior to the Settlement Hearing, Defendants' counsel shall serve on counsel for the Plaintiffs and file with the Court proof, by affidavit or declaration, of such filing, posting and publication.

7.     All current PMC shareholders shall be bound by all orders, determinations and judgments in the Actions concerning the Settlement, whether favorable or unfavorable to current PMC shareholders.

8.     Pending final determination of whether the Settlement should be approved, no current PMC shareholder, either directly, representatively, or in any other capacity, shall commence or prosecute against any of the Defendants, any action or proceeding in any court or tribunal asserting any of the Released Claims.

9.     All papers in support of the Settlement and the award of attorneys' fees and expenses shall be filed with the Court and served at least twenty-one (21) calendar days prior to the Settlement Hearing and any reply briefs will be filed by Plaintiffs' Counsel seven (7) calendar days prior to the Settlement Hearing.

10.     Any current PMC shareholder may appear and show cause, if he, she or it has any, why the settlement of the Actions should not be approved as fair, reasonable, and adequate, or why a judgment should not be entered thereon, or why attorneys' fees and expenses should not be awarded to Plaintiffs' Counsel; provided, however, unless otherwise ordered by the Court, no current PMC shareholder shall be heard or entitled to contest the approval of the terms and conditions of the Settlement, or, if approved, the Judgment to be entered thereon approving the same, or the attorneys' fees and expenses to be awarded to Plaintiffs' Counsel unless that Person has, at least fourteen (14) calendar days prior to the Settlement Hearing, filed with the Clerk of the Court at the address listed

below and served on the following counsel (delivered by hand or sent by first class mail) appropriate proof of stock ownership, along with written objections, including the basis therefore, and copies of any papers and briefs in support thereof such that they are received no later than fourteen (14) calendar days prior to the Settlement Hearing:

> Shawn A. Williams
> COUGHLIN STOIA GELLER
>   RUDMAN & ROBBINS LLP
> 100 Pine Street, Suite 2600
> San Francisco, CA 94111
>
> *Lead Counsel for Plaintiffs in the Federal Action*
>
> Patrick E. Gibbs
> LATHAM & WATKINS LLP
> 140 Scott Drive
> Menlo Park, CA 94025
>
> *Counsel for Nominal Defendant PMC*
> *and the Individual Defendants*
>
> Clerk of the Court
> UNITED STATES DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> United States Courthouse
> 450 Golden Gate Avenue
> San Francisco, CA 94102

Any current PMC shareholder who does not make his, her or its objection in the manner provided herein shall be deemed to have waived such objection and shall forever be foreclosed from making any objection to the fairness, reasonableness, or adequacy of the Settlement as incorporated in the Stipulation and to the award of attorneys' fees and expenses to Plaintiffs' Counsel, unless otherwise ordered by the Court, but shall otherwise be bound by the Judgment to be entered and the releases to be given.

11. Neither the Stipulation nor the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (a) is or may be deemed to be or may be offered, attempted to be offered or used in any way by the Settling Parties as a presumption, a concession or an admission of, or evidence of, any fault, wrongdoing or liability of the Defendants or of the validity of any Released Claims; or (b) is intended by the Settling Parties to be offered or received as evidence or used by any other person in any other action or proceeding,

whether civil, criminal or administrative. The Released Persons may file the Stipulation and/or the Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of res judicata, collateral estoppel, full faith and credit, release, good faith settlement, judgment bar or reduction, or any other theory of claim preclusion or issue preclusion or similar defense or counterclaim.

      12.    The Court reserves the right to adjourn the date of the Settlement Hearing or modify any other dates set forth herein without further notice to current PMC shareholders, and retains jurisdiction to consider all further applications arising out of or connected with the Settlement. The Court may approve the Settlement, with such modifications as may be agreed to by the Settling Parties, if appropriate, without further notice to current PMC shareholders.

      IT IS SO ORDERED.

DATED:   01/26/2010   _____

          _____
          THE HONORABLE RICHARD SEEBORG
          UNITED STATES DISTRICT JUDGE

Submitted by,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
TRAVIS E. DOWNS III
JEFFREY D. LIGHT
BENNY C. GOODMAN III


_____s/Jeffrey D. Light_____
        JEFFREY D. LIGHT

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
Telephone: 610/225-2677
610/225-2678 (fax)

Additional Counsel for Plaintiff

S:\Settlement\PMC Sierra.set\(v1) EA-00061944.doc

| | |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 |     I hereby certify that on January 25, 2010, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 |     I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct.  Executed on January 25, 2010. |

       s/ Jeffrey D. Light
      JEFFREY D. LIGHT

      COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
      655 West Broadway, Suite 1900
      San Diego, CA  92101-3301
      Telephone:  619/231-1058
      619/231-7423 (fax)
      E-mail:  jeffl@csgrr.com

## Mailing Information for a Case 5:06-cv-05330-RS

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com,aserros@csgrr.com,khuang@csgrr.com

- **Travis E. Downs , III**
  travisd@csgrr.com,e_file_sd@csgrr.com

- **David Christopher Fortney**
  david.fortney@lw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,svdocket@lw.com,zoila.aurora@lw.com

- **David Martin Goldstein**
  dave@daveglaw.com,marlene@daveglaw.com

- **Benny Copeline Goodman , III**
  bennyg@csgrr.com,e_file_sd@csgrr.com

- **Jeffrey David Light**
  jeffl@csgrr.com

- **Maria V. Morris**
  mmorris@rbg-law.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,travisd@csgrr.com,khuang@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Monique C. Winkler
Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Robert B. Weiser
The Weiser Law Firm, P.C.
121 N. Wayne Avenue, Suite 100
Wayne, PA 19087
    610/225-2677
    610/225-2678(Fax)